No. 788, Misc.   HENSON v. WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 789, Misc.   BATEMAN v. TINSLEY, WARDEN. Supreme Court of Colorado.   Certiorari denied.   Petitioner *pro se. Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 790, Misc.   ALLEN v. ALABAMA ET AL.   Supreme Court of Alabama.   Certiorari denied.   Petitioner *pro se. MacDonald Gallion,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondents.

No. 791, Misc.   HALE v. BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 794, Misc.   RODRIGUEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 795, Misc.   SNYDER v. WARDEN, MARYLAND PENITENTIARY.   Court of Appeals of Maryland.   Certiorari denied.

No. 796, Misc.   KALEC v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 804, Misc.   DANIELS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.